**Empfangsbestätigung**
(Der Empfang ist auch im Zustellbuch zu bescheinigen)

Der Unterzeichnete bescheinigt den Empfang der Sendung mit folgendem Inhalt:

G-Nr. RH/WR070476   ES-Nr 1

Summary of the Document to be served Summons + Complaint d.US Distr.Court E-Distr.New York/USA;1fach engl./d. Uebersetzung;No.07CV510(R.Garg)

Ort Winterthur   Datum 23.4.02

Unterschrift [signature]

**Gerichtsurkunde zuzustellen an**

Winterthur Versicherungen
z. Hd. eines gesetzlichen Vertreters
[redacted]

Zurückzusenden an Obergericht des Kantons Zürich
Hirschengraben 15
8001 Zürich (Schweiz)
Briefadresse: Postfach, 8023 Zürich
(Schweiz)

Gerichtsurkunde durch de...

R 8024 Zürich
98.42.172015.00044128
Recommandé Suisse
DIE POST LA POSTE LA POSTA

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

WR N° 0476

1) that the document has been served *
   *que la demande a été exécutée*
   — the (date) -- *le (date)* __23.04.2007__
   -- at (place, street, number) - *à (localité, rue, numéro)*
   __Gen. Guisan-Str. 40, 8401 Winterthur__

   -- in one of the following methods authorized by article 5:
   *-- dans une des formes suivantes prévues à l'article 5:*

   ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a) selon les formes légales (article 5. alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method:
       *b) selon la forme particulière suivante:*

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
       *c) par remise simple.*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*

   - (identity and description of person)
   - *(Identité et qualité de la personne)*

   - relationship to the addressee family, business or other
   - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
   *2) que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Zürich__ , the __26.4.07__
*Fait à                         , le*

Signature and/or stamp
*Signature et/ou cachet*

ZÜRICH
Rechtshilfe
8023 Zürich (Schweiz)